# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jesus Hernandez-Chacha, ) | Case No.  16-9444 mj |
| a.k.a.: Jesus Hernandes Chacha, ) | |
| a.k.a.: Jesus Hernandez Chacha, ) | |
| (A 205 414 955) ) | |
| *Defendant* | |

DOA 11-22-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 24, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Sean K. Lokey

☒ Continued on the attached sheet.

_____
Complainant's signature
Rene A. Lopez,
Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: November 23, 2016

_____
Judge's signature
Eileen S. Willett,
United States Magistrate Judge
Printed name and title

City and state: Phoenix, Arizona

## ATTACHMENT A

### Count 1

On August 24, 2016, Jesus Hernandez-Chacha, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 5, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On August 24, 2016, at or near Phoenix, in the District of Arizona, Jesus Hernandez-Chacha, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

# STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 24, 2016, Jesus Hernandez-Chacha was booked into the Maricopa County Jail (MCJ) by the Maricopa County Sheriff's Office on local charges. While incarcerated at the MCJ, Hernandez-Chacha was examined by ICE Officer M. Paredes who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 22, 2016, Hernandez-Chacha was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Hernandez-Chacha was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Hernandez-Chacha to be a citizen of Mexico and a previously deported criminal alien. Hernandez-Chacha was removed from the United States to Mexico through Nogales, Arizona, on or about November 5, 2013, pursuant to an order of removal issued by an immigration official. There is no record of Hernandez-Chacha in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Hernandez-Chacha's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Jesus Hernandez-Chacha in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Hernandez-Chacha presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Hernandez-Chacha entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Hernandez-Chacha's immigration history was matched to him by electronic fingerprint comparison.

5. On November 22, 2016, Jesus Hernandez-Chacha was advised of his constitutional rights. Hernandez-Chacha freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 24, 2016, Jesus Hernandez-Chacha, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 5, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section

1326(a) and on August 24, 2016, at or near Phoenix, in the District of Arizona, Jesus Hernandez-Chacha, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 23rd day of November, 2016.

_____
Eileen S. Willett,
United States Magistrate Judge